UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

PIO MENDOZA and AMADO MENDEZ,
on behalf of themselves
and all others similarly situated, et al.

          Plaintiffs,

v.

BAIRD DRYWALL & ACOUSTIC, INC., et al.,

          Defendants.

CASE NOS.  7:19-CV-882 and 7:21-CV-00365

and

JOSEPH BRITT, individually

          Plaintiff,

v.

BAIRD DRYWALL & ACOUSTIC, INC.,

          Defendant.

## JOINT MOTION TO APPROVE SETTLEMENT

Pio Mendoza and Amado Mendez, on behalf of themselves and all others similarly situated, and Joseph Britt on behalf of himself ("Plaintiffs") and Baird Drywall & Acoustic, Inc. ("Baird"), Ramiro Torres Martinez, d/b/a Torres Drywall ("Torres"), and Guillermo Guardado Fiallos, d/b/a GGF Drywall, LLC ("GGF") (collectively, "Defendants") ("Defendant"), by their respective counsel, respectfully move the Court to enter an Order approving the settlement of this FLSA action. A copy of the proposed settlement is attached as Exhibit 1 and a copy of a proposed Joint Consent Order is attached as Exhibit 2. For the Court's consideration, the parties are submitting a joint memorandum in support of this Motion.

For the reasons set out in the memorandum, the parties believe the settlement is fair and reasonable. Wherefore, the parties request that the Court approve the settlement and enter the Proposed Consent Order provided as an attachment to this Joint Motion to Approve Settlement.

Respectfully submitted,

| **PIO MENDOZA, ET AL., and JOSEPH BRITT** | **BAIRD DRYWALL AND ACOUSTIC, INC.** |
|---|---|
| /s/Craig Juraj Curwood<br>Craig Juraj Curwood (VSB No. 43975)<br>Zev Antell, Esq. (VSB No. 74634)<br>Butler Curwood, PLC<br>140 Virginia Street, Ste. 302<br>Richmond, Virginia 23219<br>Tel:  804-648-4848<br>Fax: 804-237-0413<br>craig@butlercurwood.com<br>zev@butlercurwood.com<br><br>/s/Timothy Coffield<br>Timothy Coffield (VSB No. 83430)<br>COFFIELD PLC<br>106-F Melbourne Park Circle<br>Charlottesville, VA 22901<br>P: (434) 218-3133<br>F: (434) 321-1636<br>tc@coffieldlaw.com<br><br>*Counsel for Plaintiffs* | /S/Andrew S. Gerrish<br>Andrew S. Gerrish, Esq.<br>Nathan H. Schnetzler, Esq.<br>Glenn B. Williams, Esq.<br>FRITH ANDERSON + PEAKE<br>P.O. Box 1240<br>Roanoke, Virginia 24006-1240<br>Phone: (540) 772-4600<br>Fax: (540) 772-9167<br>agerrish@faplawfirm.com<br>nschnetzler@faplawfirm.com<br><br>*Counsel for Defendant Baird Drywall and Acoustic, Inc.* |
| **RAMIRO TORRES MARTINEZ, D/B/A TORRES DRYWALL** | **GUILLERMO GUARDADO FIALLOS, D/B/A GGF DRYWALL** |
| /s/Aaron B. Houchens<br>Aaron B. Houchens<br>Aaron B. Houchens, P.C. | /s/Catherine J. Huff<br>Catherine J. Huff (VSB No. 78610)<br>GENTRY LOCKE |

2

| | |
|---|---|
| 111 East Main Street<br>Salem, VA 24153<br>Phone: (540) 389-4498<br>Email: aaron@houchenslaw.com<br>Counsel for Ramiro Torres Martinez d/b/a Torres Drywall<br><br>Christopher K. Kowalczuk<br>Attorney at Law<br>P.O. Box 11971<br>Roanoke, VA 24022-1971<br>Phone: (540) 345-0101 Fax: (540) 342-0004<br>Email: fedecf@ckklaw.net<br>Counsel for Ramiro Torres Martinez d/b/a Torres Drywall<br><br>*Counsel for Ramiro Torres Martinez D/B/A Torres Drywall* | 10 Franklin Road S.E., Suite 900<br>P.O. Box 40013<br>Roanoke, Virginia 24022-0013<br>(540) 983-9300 FAX: (540) 983-9400<br>huff@gentrylocke.com<br><br>*Counsel for Guillermo Guardado Fiallos D/B/A GGF Drywall* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record:

/s/Timothy Coffield
Timothy Coffield (VSB 83430)
COFFIELD PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
P: (434) 218-3133
F: (434) 321-1636
tc@coffieldlaw.com