UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

PIO MENDOZA and AMADO MENDEZ,
on behalf of themselves
and all others similarly situated, et al.

                        Plaintiffs,

v.

BAIRD DRYWALL & ACOUSTIC, INC., et al.,

                        Defendants.

CASE NOS. 7:19-CV-882 and 7:21-CV-00365

and

JOSEPH BRITT, individually

                        Plaintiff,

v.

BAIRD DRYWALL & ACOUSTIC, INC.,

                        Defendant.

## JOINT CONSENT ORDER APPROVING FLSA SETTLEMENT

Pio Mendoza and Amado Mendez, on behalf of themselves and all others similarly situated, and Joseph Britt on behalf of himself ("Plaintiffs") and Baird Drywall & Acoustic, Inc. ("Baird"), Ramiro Torres Martinez, d/b/a Torres Drywall ("Torres"), and Guillermo Guardado Fiallos, d/b/a GGF Drywall, LLC ("GGF") (collectively, "Defendants") ("Defendant"), by their respective counsel, hereby consent to the entry of this order. Having reviewed the Joint Motion in Support of Settlement Approval (the "Motion"), and the Settlement Agreement and Release (the "Agreement"), and for the reasons stated in the Parties' submissions, the Court GRANTS the Motion and approves the Parties' settlement as a fair and reasonable resolution of a bona fide

dispute over Fair Labor Standards Act ("FLSA") claims as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Moreover, all claims asserted in this action were resolved with assistance and oversight of U.S. Magistrate Robert S. Ballou.

Accordingly, it is hereby ORDERED that the Agreement reached by the Parties is approved and shall take effect. It is further ORDERED that within 180 days following the date that the settlement administrator receives Defendants' payment as contemplated by the Agreement, the Plaintiffs will file a proposed dismissal order, which will also serve to notify the Court as to whether all Plaintiffs are to be dismissed with prejudice or, whether any Plaintiffs are to be dismissed without prejudice, at which time a final order will issue. This Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

SO ORDERED this ____ day of September 2021.

                                      Hon. Elizabeth Dillon
                                      United States District Judge

We Ask for this:

| PIO MENDOZA, ET AL., and JOSEPH BRITT | BAIRD DRYWALL AND ACOUSTIC, INC. |
|---|---|
| /s/Craig Juraj Curwood<br>Craig Juraj Curwood (VSB No. 43975)<br>Zev Antell, Esq. (VSB No. 74634)<br>Butler Curwood, PLC<br>140 Virginia Street, Ste. 302<br>Richmond, Virginia 23219<br>Tel:  804-648-4848<br>Fax: 804-237-0413<br>craig@butlercurwood.com<br>zev@butlercurwood.com<br><br>/s/Timothy Coffield<br>Timothy Coffield (VSB No. 83430)<br>COFFIELD PLC<br>106-F Melbourne Park Circle<br>Charlottesville, VA 22901<br>P: (434) 218-3133<br>F: (434) 321-1636<br>tc@coffieldlaw.com<br><br>*Counsel for Plaintiffs* | /S/Andrew S. Gerrish<br>Andrew S. Gerrish, Esq.<br>Nathan H. Schnetzler, Esq.<br>Glenn B. Williams, Esq.<br>FRITH ANDERSON + PEAKE<br>P.O. Box 1240<br>Roanoke, Virginia 24006-1240<br>Phone: (540) 772-4600<br>Fax: (540) 772-9167<br>agerrish@faplawfirm.com<br>nschnetzler@faplawfirm.com<br><br>*Counsel for Defendant Baird Drywall and Acoustic, Inc.* |
| **RAMIRO TORRES MARTINEZ, D/B/A TORRES DRYWALL**<br><br>/s/Aaron B. Houchens<br>Aaron B. Houchens<br>Aaron B. Houchens, P.C.<br>111 East Main Street<br>Salem, VA 24153<br>Phone: (540) 389-4498<br>Email: aaron@houchenslaw.com<br>Counsel for Ramiro Torres Martinez<br>d/b/a Torres Drywall<br><br>Christopher K. Kowalczuk<br>Attorney at Law<br>P.O. Box 11971 | **GUILLERMO GUARDADO FIALLOS, D/B/A GGF DRYWALL**<br><br>/s/Catherine J. Huff<br>Catherine J. Huff (VSB No. 78610)<br>GENTRY LOCKE<br>10 Franklin Road S.E., Suite 900<br>P.O. Box 40013<br>Roanoke, Virginia 24022-0013<br>(540) 983-9300 FAX: (540) 983-9400<br>huff@gentrylocke.com<br><br>*Counsel for Guillermo Guardado Fiallos D/B/A GGF Drywall* |

| | |
|---|---|
| Roanoke, VA 24022-1971<br>Phone: (540) 345-0101 Fax: (540) 342-0004<br>Email: fedecf@ckklaw.net<br>Counsel for Ramiro Torres Martinez d/b/a Torres Drywall<br><br>*Counsel for Ramiro Torres Martinez D/B/A Torres Drywall* | |