UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

PIO MENDOZA and AMADO MENDEZ,
on behalf of themselves
and all others similarly situated, et al.

          Plaintiffs,

v.

BAIRD DRYWALL & ACOUSTIC, INC., et al.,

          Defendants.

and

JOSEPH BRITT, individually

          Plaintiff,

v.

BAIRD DRYWALL & ACOUSTIC, INC.,

          Defendant.

CASE NOS.  7:19-cv-882 and
7:21-cv-00365

## JOINT CONSENT ORDER APPROVING FLSA SETTLEMENT

Pio Mendoza and Amado Mendez, on behalf of themselves and all others similarly situated, and Joseph Britt on behalf of himself ("Plaintiffs") and Baird Drywall & Acoustic, Inc. ("Baird"), Ramiro Torres Martinez, d/b/a Torres Drywall ("Torres"), and Guillermo Guardado Fiallos, d/b/a GGF Drywall, LLC ("GGF") (collectively, "Defendants") ("Defendant"), by their respective counsel, hereby consent to the entry of this order.  Having reviewed the Joint Motion in Support of Settlement Approval (the "Motion") (Dkt. No. 169 in the 7:19-cv-882 case), and the Settlement Agreement and Release (the "Agreement") attached thereto, and for the reasons stated in the Parties' submissions and at the hearing seeking settlement approval, the Court hereby GRANTS

the Motion and APPROVES the Parties' settlement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act ("FLSA") claims as required by *Poulin v. Gen. Dynamics Shared Res., Inc.*, No. 3:09-cv-00058, 2010 WL 1813497, at *1 (W.D. Va. May 5, 2010) (quoting *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982)). Moreover, all claims asserted in this action were resolved with assistance and oversight of U.S. Magistrate Judge Robert S. Ballou.

Accordingly, it is hereby ORDERED that the Agreement reached by the Parties is approved and shall take effect. It is further ORDERED that within 180 days following the date that the settlement administrator receives Defendants' payment as contemplated by the Agreement, the Plaintiffs will file a proposed dismissal order, which will also serve to notify the Court as to whether all Plaintiffs are to be dismissed with prejudice or, whether any Plaintiffs are to be dismissed without prejudice, at which time a final order will issue. This Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

The Court further ORDERS the Clerk to docket the Joint Motion to Approve Settlement and the memorandum in support, that was only filed in Case No. 7:19-cv-882, in Case No. 7:21-cv-00365.

Entered: September 9, 2021.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge

We Ask for this:

| **PIO MENDOZA, ET AL., and JOSEPH BRITT** | **BAIRD DRYWALL AND ACOUSTIC, INC.** |
|---|---|
| /s/Craig Juraj Curwood<br>Craig Juraj Curwood (VSB No. 43975)<br>Zev Antell, Esq. (VSB No. 74634)<br>Butler Curwood, PLC<br>140 Virginia Street, Ste. 302<br>Richmond, Virginia 23219<br>Tel:  804-648-4848<br>Fax: 804-237-0413<br>craig@butlercurwood.com<br>zev@butlercurwood.com<br><br>/s/Timothy Coffield<br>Timothy Coffield (VSB No. 83430)<br>COFFIELD PLC<br>106-F Melbourne Park Circle<br>Charlottesville, VA 22901<br>P: (434) 218-3133<br>F: (434) 321-1636<br>tc@coffieldlaw.com<br><br>*Counsel for Plaintiffs* | /S/Andrew S. Gerrish<br>Andrew S. Gerrish, Esq.<br>Nathan H. Schnetzler, Esq.<br>Glenn B. Williams, Esq.<br>FRITH ANDERSON + PEAKE<br>P.O. Box 1240<br>Roanoke, Virginia 24006-1240<br>Phone: (540) 772-4600<br>Fax: (540) 772-9167<br>agerrish@faplawfirm.com<br>nschnetzler@faplawfirm.com<br><br>*Counsel for Defendant Baird Drywall and Acoustic, Inc.* |
| **RAMIRO TORRES MARTINEZ, D/B/A TORRES DRYWALL** | **GUILLERMO GUARDADO FIALLOS, D/B/A GGF DRYWALL** |
| /s/Aaron B. Houchens<br>Aaron B. Houchens<br>Aaron B. Houchens, P.C.<br>111 East Main Street<br>Salem, VA 24153<br>Phone: (540) 389-4498<br>Email: aaron@houchenslaw.com<br>Counsel for Ramiro Torres Martinez<br>d/b/a Torres Drywall<br><br>Christopher K. Kowalczuk<br>Attorney at Law<br>P.O. Box 11971 | /s/Catherine J. Huff<br>Catherine J. Huff (VSB No. 78610)<br>GENTRY LOCKE<br>10 Franklin Road S.E., Suite 900<br>P.O. Box 40013<br>Roanoke, Virginia 24022-0013<br>(540) 983-9300 FAX: (540) 983-9400<br>huff@gentrylocke.com<br><br>*Counsel for Guillermo Guardado Fiallos D/B/A GGF Drywall* |

| | |
|---|---|
| Roanoke, VA 24022-1971<br>Phone: (540) 345-0101 Fax: (540) 342-0004<br>Email: fedecf@ckklaw.net<br>Counsel for Ramiro Torres Martinez d/b/a Torres Drywall<br><br>*Counsel for Ramiro Torres Martinez D/B/A Torres Drywall* | |